UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

               Chapter 13

**Marie V. Savage,**
**Aka Marie Jones**          Case no. 16-72402-REG

         Debtor.   **CONDITIONAL ORDER**

-------------------------------------------------------------X

Upon agreement of all parties hereto and a settlement agreed to by the Debtor, Marie V. Savage, by and through his attorney John Gonzalez, Esq. and MTGLQ Investors, LP (the "Creditor"), and good and sufficient cause shown therefore as to premises known as 49 Lorring Street, Patchogue, NY 11772;

**IT IS HEREBY ORDERED** as follows:

1. The automatic stay as it applies to Creditor with respect to real property commonly known as **49 Lorring Street, Patchogue, NY 11772** is to remain in effect.

2. As of February 5, 2018 the Debtor is current on her post-petition payments.

3. The Debtor will continue to make on-going monthly mortgage payments beginning with the March 1, 2018 payment, in accordance with the Note and Mortgage, subject to any changes pursuant to a filed Notice of Payment Change.

4. Debtor's consent to the entry of the within order does not waive his/her rights to object to Secured Creditor's Proof of Claim.

5. If the Debtor fails to comply with the terms of this order, and after expiration of a ten (10) day Notice of Default to the Debtor and their counsel, then the Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the

time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

1. Payments shall be made payable to Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708.

2. Ordered that in the event the property is sold, the case trustee be added as a necessary party to receive notice of the report of sale and surplus money proceedings; and closure of the case shall not constitute an abandonment of the trustee's interest, if any, in any surplus proceeds

3. And it is further provided for that this Order shall survive any conversion.


Dated: March 2        , 2018

        Law Offices of Knuckles, Komosinski & Manfro, LLP
        Attorneys for Creditor
        565 Taxter Road, Suite 590
        Elmsford, New York 10523

        By: /s/ Nicole M. Massi
          Nicole M. Massi, Esq


Dated: February 28    , 2018

        John Gonzalez, Esq.
        Attorney for Debtor
        258 Hawkins Avenue, Suite F
        Ronkonkoma, NY 11779

        By:   /s/ John Gonzalez
          John Gonzalez, Esq.



**Dated: Central Islip, New York**                 **Robert E. Grossman**
     **March 2, 2018**                            **United States Bankruptcy Judge**